UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CLAUDE D. COLLINS**                                          CIVIL ACTION

**VERSUS**                                                     NO. 08-886

**STATE OF LA, JUDGE DRAKE ET AL.**                            SECTION "C" (2)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as duplicative and malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

New Orleans, Louisiana, this 2nd day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE